UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROGER H. KAYE & ROGER H. KAYE, MD PC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AESTHERA CORPORATION,<br><br>Defendant. | Case No. 09 CV 1947 (VLB)<br><br>ECF CASE |

**PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO THE CLASS**

Upon the accompanying Memorandum of Law, the Declaration of Roger H. Kaye, dated November 5, 2010, 2010, the Declaration of Aytan Y. Bellin, dated November 5, 2010, attached to the Memorandum of Law as Exhibit A. the Declaration of Glenn A. Duhl, dated November 5, 2010, attached to the Memorandum of Law as Exhibit B, the Declaration of Roger H. Kaye dated November 5, 2010, attached to the Memorandum of Law as Exhibit C, the Declaration of Tonia Ouellette Klausner, dated November 4, 2010, attached to the Memorandum of Law as exhibit D, and all other submissions and proceedings had herein, Plaintiffs Roger H. Kaye and Roger H. Kaye, MD PC (collectively, "Kaye"), by and through their undersigned counsel, hereby move this Court, pursuant to Federal Rule 23, for an order (the "Preliminary Approval Order"): (i) certifying a settlement class in the above-captioned litigation (the "Litigation") <u>for settlement purposes only</u>; (ii) granting preliminary approval of the proposed

-2-

Class Settlement Agreement (the "Agreement") attached to the Memorandum of Law as **Exhibit E**; (iii) approving the Notice of Class Action and Proposed Settlement and Proof of Claim attached to the Memorandum of Law as **Exhibit F**; (iv) approving Bellin & Associates LLC as class counsel; (v) approving Kaye as class representative; and (vi) setting dates for opt-outs, objections, and a hearing for final approval.

| | |
|---|---|
| Dated: November 5, 2010 | Respectfully submitted, |

/s/ Aytan Y. Bellin
Aytan Y. Bellin, Esq.
BELLIN & ASSOCIATES LLC
85 Miles Avenue
White Plains, New York 10606
(914) 358-5345
(212) 571-0284 (fax)

Glenn A Duhl, Esq.
SIEGEL, O'CONNOR, O'DONNELL & BECK P.C.
150 Trumbull Street
Hartford, Connecticut 06103
(860) 727-8900
(860) 527-5131 (fax)

*Counsel for Plaintiffs Roger H. Kaye and Roger H. Kaye, MD PC*