UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROGER H. KAYE & ROGER H. KAYE, MD PC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AESTHERA CORPORATION,<br><br>Defendant. | Case No. 09 CV 1947 (VLB)<br><br>ECF CASE |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS SETTLEMENT, ATTORNEYS FEES AND AN INCENTIVE AWARD**

Upon the accompanying Memorandum of Law, all of the exhibits attached thereto and all other submissions and proceedings had herein, Plaintiffs Roger H. Kaye and Roger H. Kaye, MD PC (collectively, "Kaye"), by and through their undersigned counsel, hereby move this Court, pursuant to Federal Rule 23, for an order (the "Final Approval Order"):  (i) certifying a settlement class in the above-captioned litigation (the "Litigation") for settlement purposes only; (ii) granting final approval of the proposed Class Settlement Agreement (the "Agreement") attached to the accompanying Memorandum of Law as Exhibit 3; (iii) entering the Final Approval Order attached to the accompanying Memorandum of Law as Exhibit 12; (iv) awarding Class Counsel $75,000 in attorneys fees and expenses to be paid from the common fund created by the Agreement; and (v) awarding Dr. Roger H. Kaye an incentive award of $2,500.

Dated: White Plains, New York
       March 20, 2012

-2-

        Respectfully submitted,

        /s/ Aytan Y. Bellin
        Aytan Y. Bellin, Esq. ct28454
        BELLIN & ASSOCIATES LLC
        85 Miles Avenue
        White Plains, New York 10606
        (914) 358-5345
        (212) 571-0284 (fax)

        Glenn A Duhl, Esq.
        SIEGEL, O'CONNOR, O'DONNELL & BECK P.C.
        150 Trumbull Street
        Hartford, Connecticut 06103
        (860) 727-8900
        (860) 527-5131 (fax)

        *Counsel for Plaintiffs Roger H. Kaye and Roger H. Kaye, MD PC*